IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ANTOINE MABONGHOT ) | Case No. 19−33549−KRH |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION TO RECONSIDER**

COMES NOW the Debtor, by counsel, and moves this Court to Reconsider the granting of the Trustee's Motion to Dismiss this Case of this case, and in support thereof states as follows:

1. The Debtor filed this Chapter 13 case on July 8, 2019 and is operating under a confirmed Chapter 13 Plan.

2. On December 9, 2019 the Trustee filed a Motion to Dismiss this case due to unreasonable delay due to an underfunding issue.

3. An Amended Plan was filed on December 12, 2019 but it failed to fully address the issue.

4. Counsel for the Debtor had difficulty contacting the Debtor to address this issue and as a result the Court granted the Trustee's Motion to Dismiss on March 11, 2020, although the order granting the Motion has not been entered on the docket.

5. On March 18, 2020 the Debtor met with counsel and executed an Amended Chapter 13 Plan that fully addresses the underfunding issue and the same is being filed contemporaneous with

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA    23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

this Motion.

6.	The Debtor has been making his regular Chapter 13 Plan payments to the Trustee is current with the same.

7.	The Debtor desires to remain in this case.

WHEREFORE, the Debtor respectfully requests that the Court Reconsider the granting of the Trustee's Motion to Dismiss this Case of this case and grant such other relief as may be deemed appropriate.

ANTOINE MABONGHOT

By: /s/ James E. Kane
    Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA    23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 18, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

                                          /s/ James E. Kane
                                          Counsel for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: )
)
ANTOINE MABONGHOT ) Case No. 19−33549−KRH
) Chapter 13
Debtor )

## NOTICE OF MOTION AND HEARING

The above Debtor has filed Motion to Reconsider the granting of the Trustee's Motion to Dismiss this Case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **April 1, 2020** you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA   23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia   23219

- Attend a hearing scheduled for **April 8, 2020 at 12:00 p.m. at the U.S. Bankruptcy Court, Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219**.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated :  March 18, 2020                                ANTOINE MABONGHOT


                                                By: /s/ James E. Kane
                                                            Counsel


James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA    23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*


**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.


                                                /s/ James E. Kane
                                                Counsel for Debtor

5

```
Label Matrix for local noticing          Exeter Finance LLC c/o AIS Portfolio Servic    UST smg Richmond
0422-3                                   4515 N Santa Fe Ave. Dept. APS                 Office of the U. S. Trustee
Case 19-33549-KRH                        Oklahoma City, OK 73118-7901                   701 East Broad St., Suite 4304
Eastern District of Virginia                                                            Richmond, VA 23219-1849
Richmond
Wed Mar 18 13:39:42 EDT 2020

United States Bankruptcy Court           (p)BLEECKER  BRODEY  AND ANDREWS               (p)CREDIT CLEARING HOUSE OF AMERICA INC
701 East Broad Street                    9247 N MERIDIAN ST STE 101                     P O BOX 1209
Richmond, VA 23219-1888                  INDIANAPOLIS IN 46260-1813                     LOUISVILLE KY 40201-1209


CLHV,LLC t/a Colonial-Heritage           Commonwealth of Kentucky                       DEPARTMENT OF THE TREASURY - IRS
c/o Richard J Knapp & Assoc.             Div. of Collect/Dept. of Rev.                  INTERNAL REVENUE SERVICE
1910 Byrd Ave. Suite 5                   P.O. Box 491                                   PO BOX 7346
Richmond, VA 23230-3034                  Frankfort, KY 40619-0001                       PHILADELPHIA, PA   19101-7346


Dr. Kathryn Murphy-Judy                  ERC/Enhanced Recovery Corp                     Exeter Finance LLC
14111 Ridge Creek Road                   Attn: Bankruptcy                               AIS Portfolio Services, LP
Midlothian, VA 23112-4308                8014 Bayberry Road                             4515 N Santa Fe Ave. Dept. APS
                                         Jacksonville, FL 32256-7412                    Oklahoma City, OK 73118-7901


Exeter Finance LLC                       Exeter Finance LLC                             Exeter Finance LLC c/o AIS Portfolio Service
PO Box 204480                            PO Box 650693                                  4515 N Santa Fe Ave. Dept. APS
Dallas, TX 75320-4480                    Dallas, TX 75265-0693                          Oklahoma City, OK 73118-7901


(p)G  L  A   COLLECTION CO  INC          Internal Revenue Service                       KENTUCKY DEPARTMENT OF REVENUE
PO BOX 588                               P.O. Box 7346                                  LEGAL SUPPORT BRANCH
GREENSBURG IN 47240-0588                 Philadelphia, PA 19101-7346                    P O BOX 5222
                                                                                        FRANKFORT KY 40602-5222


KENTUCKY HOUSING CORPORATION             Kentucky Housing Corp.                         NPRTO South-East, LLC
PO BOX 4809                              Attn: Bankruptcy                               256 W. Data Drive
FRANKFORT,  KY 40604-4809                1231 Louisville Rd                             Draper, Utah 84020-2315
                                         Frankfort, KY 40601-6191


Norton Healthcare                        Ontime Finance LLC                             Progressive Leasing
by American InfoSource as agent          5203 Preston Highway                           256 West Data Drive
4515 N Santa Fe Ave                      Suite 200                                      Draper, UT 84020-2315
Oklahoma City, OK 73118-7901             Louisville, KY 40213-2721


(p)REPUBLIC FINANCE LLC                  U.S. Department of Housing and Urban Develop   Antoine Mabonghot
282 TOWER RD                             451 7th Street S.W.                            5522- B Cardiff Court
PONCHATOULA LA 70454-8318                Washington, DC 20410-0002                      Henrico, VA 23227-3173


James E. Kane                            John P. Fitzgerald, III                        Suzanne E. Wade
Kane & Papa, PC                          Office of the US Trustee - Region 4 -R         7202 Glen Forest Drive, Ste. 202
1313 East Cary Street                    701 E. Broad Street, Ste. 4304                 Richmond, VA 23226-3770
P.O. Box 508                             Richmond, VA 23219-1849
Richmond, VA 23218-0508
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bleecker Brodey & Andrews<br>9247 N. Meridian Street<br>Suite 101<br>Indianapolis, IN 46260-0000 | CCHA -Credit Clearinghouse<br>Ccha<br>Po Box 1209<br>Lousiville, KY 40201-0000 | GLA Collection Company<br>Attn: Bankruptcy<br>Po Box 588<br>Greensburg, IN 47240-0000 |
| REPUBLIC FINANCE, LLC<br>282 TOWER RD<br>PONCHATOULA, LA 70454 | (d)Republic Finance Llc<br>Attn: Bankruptcy<br>8013 Bardstown Rd<br>Louisville, KY 40291-0000 | End of Label Matrix<br>Mailable recipients     29<br>Bypassed recipients      0<br>Total                   29 |